IDOC INMATE LEGAL MAIL



U.S. POSTAGE >> PITNEY BOWES
ZIP 60403 $ 007.20⁰
02 1W
0001394077 JUN 15 2017

FROM: MONTEZ ARTIS B84281
P.O. BOX 112
Joliet Illinois 60434

INSPECTED
U.S. M...

TO: UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

RECEIVED
JUN 19 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:17-cv-4613
Judge John Z. Lee
Magistrate Judge Daniel G. Martin
PC8



06/19/2017-2

FROM: Montez Artis B84281
P.O. Box 112
Joliet, Illinois 60434

TO: UNITED STATES
DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

2 of 2