

**FILED**
8/22/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED

JUN 19 2017 EAA
6-19-17
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

_Montez Artis_

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

_Warden, Michael Phieler_

_Major, A. Davis_

_Lt, Bell_

_Lt, William P_

_Grievance Officer, C. Harris P_

_Counselor, Baldwin_

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**1:17-cv-4613**
Case **Judge John Z. Lee**
(To **Magistrate Judge Daniel G. Martin**
**PC8**

<u>CHECK ONE ONLY:</u>

✓       **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

_BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY._

I. **Plaintiff(s):**

A. Name: _Montez Artis_

B. List all aliases: _None_

C. Prisoner identification number: _B84281_

D. Place of present confinement: _Stateville Correctional Center_

E. Address: _16830 S. Broadway Joliet, IL 60434_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: _Michael Pfister_

   Title: _Warden_

   Place of Employment: _Stateville Correctional Center_

B. Defendant: _A. Davis_

   Title: _Major_

   Place of Employment: _Stateville Correctional Center_

C. Defendant: _Williams_

   Title: _Lt._

   Place of Employment: _Stateville Correctional Center_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

D. Defendants: _Bell_
   Title : _Lieutenant_
   Place of Employment: _Stateville Correctional Center_

E. Defendants: _Baldwin_
   Title : _Cell house Counselor_
   Place of Employment: _Stateville Correctional Center_

F. Defendants: _C. Hall, P_
   Title : _Counselor / Grievance officer_
   Place of Employment: _Stateville Correctional Center_ .

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _FOIA Complaint 16 MR 247,_
_FOIA Complaint 16 MR 352, FOIA Complaint_ ,

B. Approximate date of filing lawsuit: _08-16-2016; 11:36-16, 04-19-17_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Montez Artis_

D. List all defendants: _City of East St. Louis, East St. Louis Police_
_Department; Brendan F. Kelly and State Attorney office;_
_City of Brooklyn and Brooklyn Police Department:_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _St. Clair County_

F. Name of judge to whom case was assigned: _Judge LeChien_

G. Basic claim made: _Denial of public information/ Violation_
_of Illinois Freedom of Information Act._

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _All three (3) are still pending._

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(A) Defendant - Michael Pfister, is sued in his individual capacity, while acting under the color of law as Warden of Stateville Correction Center. violated Plaintiff's 8th amendment U.S State & Constitutional Right against Cruel & Unusual punishment by Subjecting Plaintiff to unsafe and unsanitary living conditions in C-house throughout the months of Dec 2016 thru January 2017. Ultimately causing Plaintiff to have a "Roach" crawl into into his ear due to the infestation of Roaches, mice, and etc. The Defendant knew of the unsafe and unsanitary Reports and conditions because of the Pest and sanitation Reports conducted in Cell house and the numerous verbal and written complaints by Plaintiff and many other inmates living in C-house and yet he (Michael Pfister) chose to ignore the problem.

(B) Defendant - Major, A. Davis, is sued in his individual capacity while acting under the color of law as C-house Major at Stateville Correctional Center during the December 2016 thru January 2017 and violated Plaintiff's 8th amendment constitutional Right by exposing plaintiff to unsafe and unsanitary conditions -

4

Revised 9/2007

by him being the C-house Major and because he's in
the unit every day receiving the many complaints from
Plaintiff speaking to him and many others (inmates) about
roach infestation also the Major receive safty and sanitation
Reports conducted in C-house.

(C.) Defendant, Lt Bell, is sued in his individual capacity
while acting under the color of law as C-house Lieutenant
at Stateville Correctional Center during the months of Dec 2016
thru January 2017 and violated Plaintiffs 8th amendment
Constitutional right by exposing Plaintiff to unsafe and
unsanitary conditions by being the C-house lieutenant.

(D.) Defendant, Lt Williams, is sued in his individual capacity
while acting under the color of law as C-house Lieutenant at
Stakeville Correctional Center during the months of Dec 2016
thru January 2017 and violated Plaintiffs 8th amendment
Constitutional right by exposing Plaintiff to unsafe and
unsanitary conditions by being the C-house Lieutenant

(E.) Defendant, Balwin, C-house Counselor is sued in his
individual capacity while acting under the color of law
as C-house counselor at Stateville Correctional Center during the
months of December 2016 thru January 2017 and violated
Plaintiffs 8th amendment Constitutional right by exposing
Plaintiff to unsafe and unsanitary conditions by him being

5

C-house Counselor and Receiving Plaintiff's greivance about the Roaches inside cell 8-38-C-house, Counselor knew of the existing unsafe and unsanitary conditions.

(F.) Defendant, C. Harris, Greivance officer/Counselor, is sued in her individual capacity while acting under color of Law as a Greivance officer/Counselor, here at Stateville Correctional Center violated Plaintiff's 8th amendment U.S. constitutional Right where defendant was the person who Responded to Plaintiff timely greivance wrote on 12-23-16 and Received by Greivance officer on Plaintiff complained about a roach crawling on his body and bed and that prior to incident Roaches had been seen inside Plaintiff's cell. Nothing was done to move Plaintiff into a better cell until Plaintiff sent both Greivances to A.R.B (Administrator Review Board on 03-01-2017. Ten (10) days later Plaintiff was moved from cell 8-38 too 8-57 on 03-16-2017.

5

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1.) AWARD Plaintiff $50.000 for Punitive damages for suffering mental anguish, pain and suffering to body and mind.

2.) Award such other and additional relief that this Honorable Court deems just and equitable. 3.) Defendants to pay any and all court cost associated with suite and attorney fees (if defendant finds one to accept case).

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____

*Monte Citus*

(Signature of plaintiff or plaintiffs)

*Montez Art. S*

(Print name)

_____

(I.D. Number)

_____

_____

(Address)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Stateville Correctional Center

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Artis | Montez | | B84281 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/15/17 9SA | **Nurse/CMT Tx Protocol: Earache/Earwax Impaction** | |
| | S)" My ear been bothering you" Duration " S/2 x 3-4 days | **P)** **Refer to MD/PA/NP (circle)** ER now, Pain reliever |
| | Which ear (left or right)? | If redness with fever over 100°, acute pain, drainage or swelling, hearing loss, inability to visualize tympanic membranes, excessive ear wax build-up requiring medication or manual extraction, neck node enlargement/pain or symptoms that fail to respond to Tx protocol. |
| | Have you recently had a cold, cough, fever or sore throat? Y (N) If yes: pain level 1 – 10 (10 being the most severe) 1/10 yes was muffled 4 | |
| | Has there been any drainage? Y (N) | **No MD Referral** (check as applicable) |
| | Any hearing loss? Y (N) | Earache: Acetaminophen 325 mg, 1-2 tablets t.i.d. PRN 3 x days OR Ibuprofen 200 mg, 1-2 tablets t.i.d. WITH MEAL prn X 3 days. |
| | Have you put anything into your ears? (Y) N ear plugs, q tips | Earwax: Debrox 4-6 drops b.i.d. x 5 days. Refer to clinic for F/U after 5 days. |
| | Past history of earache, ear infection or ear surgery? Y (N) | **Patient Teaching:** (Check as applicable) |
| | Allergies to medication? Y (N) | 1. Do not put anything in ear. |
| | Recent medication changes? Y (N) | 2. Medication use. |
| | O) Alx 3. Gait Steady. Ambulates assistance. Speech clear, coherent | 3. Proper ear covering (hat in winter or windy weather). |
| | T 97.9 P 66 R 16 BP 124/82 Wt 194 | 4. Importance of follow-up in 2 days to physician if symptoms persist or worsen. |
| | Look into ear, nose & throat for swelling, drainage, redness, color of the tympanic membrane. Describe: some redness, no wax B absence | **Follow-Up:** at this time |
| | Assess scalp & face: Describe: WNL Color TM: WNL Perforation visualized? Y (N) | Return to sick call if symptoms worsen or persist. |
| | Test hearing (finger rub) Left: (Y)/N Right: (Y)/N Check neck for node pain or for enlargement: Y (N) | $5.00 co-pay signed. |
| | A) Earache/Earwax Impaction | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

STATEVILLE CORRECTIONAL Center

| Offender Information: | | |
|---|---|---|
| Curtis | Montez | ID#: B84081 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/15/17 | RN Note. I/m sent up to HCU for an ear flush from RN sick call. Small bug flushed out at this time. No s/s of infection - I/m tolerated well. | _signature_ |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional** Center

Offender Information:

Last Name: Arts    First Name: Montez    MI:    ID#: B84284

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/15/17 11:43 am | **Nurse/CMT Tx Protocol: Earache/Earwax Impaction** <br> S "I'm having sharp pain in my ear" <br> Duration on and off 2 mons. <br> Which ear (left or right)? Right | P) <br> ~~Refer to MD/PA/NP (circle)~~ <br> If redness with fever over 100°, acute pain, drainage or swelling, hearing loss, inability to visualize tympanic membranes, excessive ear wax build-up requiring medication or manual extraction neck node enlargement/pain or symptoms that fail to respond to Tx protocol. |
| | Have you recently had a cold, cough, fever or sore throat? <br> Y (N) <br> If yes, pain level 1 – 10 (10 being the most severe) 3/5 | |
| | Has there been any drainage? Y (N) | **No MD Referral** (check as applicable) |
| | Any hearing loss? Y (N) | ~~Earache: Acetaminophen 325 mg, 1-2 tablets t.i.d. PRN 3 days OR Ibuprofen 200 mg, 1-2 tablets t.i.d. WITH MEAL prn X 3 days.~~ |
| | Have you put anything into your ears? Y (N) | ~~Earwax: Debrox 4-6 drops b.i.d. x 5 days. Refer to clinic for F/U after 5 days.~~ |
| | Past history of earache, ear infection or ear surgery? Y (N) | **Patient Teaching:** (Check as applicable) |
| | Allergies to medication? Y (N) | 1. (Do not put anything in ear.) |
| | Recent medication changes? (Y) N <br> MODICK DOXIN | 2. (Medication use.) |
| | O) 14-30x3 PP neck clean <br> ESthroat | 3. (Proper ear covering (hat in winter or windy weather).) |
| | T 98  P 78  R 16  BP 130/74  Wt 200 | 4. (Importance of follow-up in 2 days to physician if symptoms persist or worsen.) |
| | Look into ear, nose & throat for swelling, drainage, redness, color of the tympanic membrane. <br> Assess scalp & face: Describe: REDNECK <br> Color TM: <br> Perforation visualized? Y N | **Follow-Up:** <br> (Return to sick call if symptoms worsen or persist.) |
| | Test hearing (finger rub) Left: (Y) N  Right: Y/N <br> Check neck for node pain or for enlargement: Y (N) | $5.00 co-pay signed. Yes |
| | A) Earache/Earwax Impaction | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) <br> (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

C857

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** _Artis_ _Montez_ _B84281_
Last Name             First Name          MI      ID#

**Facility:** _Stateville_

☐ Grievance: Facility Grievance # (if applicable) _(2)_ Dated: _12/5, 12/23_ or ☐ Correspondence: Dated: _____

Received: _3/6/17_ Regarding: _Roaches in cell, roach flushed from ear. 1/15/17_
Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL  62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL  62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____

_____

---

Completed by: _Sarah Johnson_          _Sarah Johnson_          _3/6/17_
Print Name                    Signature                 Date

Distribution: Offender                    *Printed on Recycled Paper*                    DOC 0070 (Rev.4/2013)
Inmate Issues

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER'S GRIEVANCE

C838

| Date: 12-23-16 | Offender: (Please Print) Monteo Artis | ID#: B84281 |
|---|---|---|
| Present Facility: Stateville C.C | Facility where grievance issue occurred: Stateville C.C. | |

**NATURE OF GRIEVANCE:**

| | | | |
|---|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
| ☐ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☐ HIPAA GRIEVANCE OFFICER |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify): cell 8-38 |
| ☐ Disciplinary Report: ____/____/____  Date of Report | | JAN 0 3 2017   Facility where issued | |

JP2

**Note:**  Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 12-22-16 I Monteo Artis was awoken by a Roach crawling into my bed (top bunk) and onto my body. Since the begaing of the cold season I've notice for the second or third time Roaches crawling inside this cell from the back of the wall.

Relief Requested: exterminate the Roaches — give inmates bleach plastic bowls and bags that seal the open food from Roaches

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Monteo Artis | B84281 | 12.23.16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

## Counselor's Response (if applicable)

Date Received: 2,11,17   ☒ Send directly to Grievance Officer   ☒ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: per unit security staff — the unites are exterminated on a monthly basis, per unit Security staff, Cleaning supplies are provided to inmates upon request weekly

| C. HARRIS | CH | 2,11,17 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

RECEIVED

---

## EMERGENCY REVIEW

MAR 0 6 2017

Date Received: 1,11,17   Is this determined to be an emergency nature?   ☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

ADMINISTRATIVE REVIEW BOARD

| | 1,11,17 |
|---|---|
| Chief Administrative Officer's Signature | Date |

Printed on Recycled Paper

C·C

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

DOC 0046 (8/201

Distribution: Master File: Offender

Printed on Recycled Paper

C8 38

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

**Date:** 01-15-2017 | **Offender:** (Please Print) Montez Arkis | **ID#:** B84281

**Present Facility:** Stateville C.C. | **Facility where grievance issue occurred:** Stateville C.C

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): A Roach went in my ear

☐ Disciplinary Report: ___ / ___ / ___ Date of Report ______ Facility where issued

GRIEVANCE OFFICE
JAN 20 2017
207

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):**

ON 01-13-17 I felt as though something crawled into my ear. I could feel something moving around I began to clean my ear with a Q-tip and there was no more movement. I put in the health care to see a nurse and have my ears checked because of the movement in my Right ear and my cell is infested with Roaches and spiders. ON 01-15-17 the Nurse Lydia notice something was inside of my ear and gave me an emergancy pass to have my Right ear flushed and cleaned, The nurse flush my ear and A Roach came out.

**Relief Requested:**

I this cell house and cell exterminated and Pay me $50.000 for allowing A Roach to crawl inside my ear and live in the cell house.

☒ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Montez Artes (Offender's Signature) | B84281 (ID#) | 01 / 15 / 17 (Date)

**(Continue on reverse side if necessary)**

**Counselor's Response (if applicable)**

**Date Received:** 2 / 11 / 17

☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** per unit security staff, the unit is exterminated on a monthly basis. If inmate feels that he needs further medical treatment he may submit his request to the HCU

C. HARRIS (Print Counselor's Name) | CH (Counselor's Signature) | 2 / 11 / 17 (Date of Response)

RECEIVED
MAR 06 2017
ADMINISTRATIVE REVIEW BOARD

**EMERGENCY REVIEW**

**Date Received:** 1 / 24 / 17

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

[signature] (Chief Administrative Officer's Signature) | 1 / 24 / 17 (Date)

Distribution: Master File; Offender

DOC 0046 (8/2012)

Printed on Recycled Paper

C.G

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE (Continued)

Printed on Recycled Paper

Distribution: Master File; Offender

DOC 0046 (8/2012)



**Illinois**
Department of
**Corrections**

**Bruce Rauner**
Governor

**S. A. Godinez**
Acting Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

## MEMORANDUM

**DATE:**  January 16, 2015

**TO:**  **Nicholas R. Lamb**
**A/W of Operations**

**FROM:**  Ester Martin, Director of Nursing

**SUBJECT: SAFETY & SANITATION REPORT**

This report is for the month of **January, 2015.**

**B HOUSE** – Inspection Report By: Kitts, CN II.
Fixtures, windows/ledges and vents are not clean. The area is not free of insects/rodents. It is not the proper temperature in the 6, 8 and 10 galleries. Shower area is not clean and free of scum. No paper towels or red bags are available in the CMT office.

**C HOUSE** – Inspection Report By: Plazza, RN
Toilets and sinks are not in good repair in multiple cells. Work orders have been submitted.

**D HOUSE** – Inspection Report By: Pizza, RN
Area is not free of exposed wiring. Windows and screens are not in good repair. Vents are not clean and intact. The area is not free of mice and birds.

**E HOUSE** – Inspection Report By: Kitts, CN II
Windows and screens are not in good repair and vents are dusty. The area is not free of insects/rodents. It is not the proper temperature in the 6, 8 and 10 galleries. The shower area is not clean and free of scum.

IDOC000896

PAGE 27 — 1 of 2

**F HOUSE –** Inspection Report By: Barnett, CMT
Hot water is not available in the restroom facilities.  The area is not free of insects, rodents, birds or other animals.  The shower areas are not clean and free of scum.

**G, H, I HOUSE, MSU KITCHEN, MSU FARM –** Units Closed.

**X HOUSE –** Inspection Report By: Barnett, CMT
Compliant, per report.

**OFFICER'S DINING ROOM –** Inspection Report By: Rue, LPN
The area is not free of insects or rodents.

**INMATE KITCHEN –** Inspection Report By: Rue, LPN
The area is not free of insects or rodents.

**INFIRMARY –** Inspection Report By: Rue, LPN
The area is not free of insects or rodents.

**SAFETY & SANITATION REPORT NRC**



IDOC000897

2 of 2



**Illinois**
Department of
**Corrections**

Pat Quinn
Governor

S. A. Godinez
Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

# MEMORANDUM

**DATE:**    July 21, 2014

**TO:**    **Nicholas R. Lamb**
**A/W of Operations**

**FROM:**    Joy Vander Weit, RN Supervisor

**SUBJECT: SAFETY & SANITATION REPORT**

This report is for the month of **July, 2014.**

**B HOUSE** – Inspection Report By: Kits, RN
The fixtures were not shielded or clean. The vents are not intact or clean. There was no soap in the dispenser in the restroom. The area was not free of insects or rodents. The area was not free of birds or other animals. There was no hot water available, paper towels, gloves, antiseptic handwash, red bags or soap in the CMT Office.

**C HOUSE** – Inspection Report By: Dybas, RN
The windows and screens are not in good repair. The area is not free of insects or rodents. The area was not free of birds or other animals.

**D HOUSE** – Inspection Report By: Miller, RN
There was no soap in the dispenser in the restroom. There were no paper towels, antiseptic handwash, red bags or soap in the dispenser in the CMT Office.

**E HOUSE** – Inspection Report By: Mills, RN
Compliant, per report.

**F HOUSE** – Inspection Report By: Piazza, RN
The floor surfaces are not clean. The floors are not in good repair. the windows and ledges are not clean. The area is not free of insects/rodents. The area is not free of birds or other animals. The

bars and security doors are not clean. The shower area is not clean or free of scum.

**G, H, I HOUSE, MSU KITCHEN, MSU FARM –** Units Closed.

**X HOUSE –** Inspection Report By: Kits, RN
> The fixtures were not shielded or clean. The windows and screens are not in good repair. The windows and ledges are not clean. The vents are not clean or intact. The area is not free of insects or rodents. The area is not free of birds or other animals. The bars and security doors are not clean. The shower areas are not clean or free of scum.

**OFFICER'S DINING ROOM –** Inspection Report By: Dimialig, LPN
> The evacuation plan was not posted. The toilets and sinks are not in good repair. The area was not free of insects or rodents.

**INMATE KITCHEN –** Inspection Report By: Dimialig, LPN
> There is not adequate ventilation. The area was not free of insects or rodents. The outer openins are not protected. The area is not free of birds or other animals. The floors are not in good repair. The windows and screens are not in good repair. The unit is not at the proper temperature.

**INFIRMARY –** Inspection Report By: Rossiter, RN
> The exit lights are not working. The area has exposed wiring. The vents are not clean or intact. The area is not free of insects or rodents. The bars and security doors are not clean. The shower areas are not clean or free of scum. The mattresses are not in good condition.

**SAFETY & SANITATION REPORT NRC**



IDOC000602

2 of 2



**Illinois
Department of
Corrections**

**Bruce Rauner**
Governor

**S. A. Godinez**
Acting Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

# MEMORANDUM

**DATE:**    February 13, 2015

**TO:**      **Nicholas R. Lamb
             A/W of Operations**

**FROM:**    Joy Vanderweit, RN Supervisor

**SUBJECT: SAFETY & SANITATION REPORT**

This report is for the month of **FEBRUARY, 2015.**

**B HOUSE** – Inspection Report By: Lewandowska, RN
The area is not free of insects/rodents.

**C HOUSE** – Inspection Report By: Garcia, RN
The area is not free of insects/rodents.

**D HOUSE** – Inspection Report By: Tuxbury, LPN
Red bags are not available in the CMT office.

**E HOUSE** – Inspection Report By: Henning, LPN
The area is not free of insects/rodents.

**F HOUSE** – Inspection Report By: Frazier, CN II
Area has exposed wiring and is not free of insects/rodents, birds and
other animals. The floors and windows are not clean or in good repair.
Vents are not clean and intact. There is not a soap dispenser available
in the restroom. Mattresses are not in good condition.

**G, H, I HOUSE, MSU KITCHEN, MSU FARM** – Units Closed.

**X HOUSE** – Inspection Report By: Christersen, CN II
Compliant, per report.

IDOC000916

PAGE 28 - 1 of 2

**OFFICER'S DINING ROOM** – Inspection Report By: Wilking, RN
Food temp is not above 145F. Bar soap and air dryer are not available in the restroom facilities. The area is not free of insects/rodents.

**INMATE KITCHEN** – Inspection Report By: Rue, LPN
The area is not free of insects or rodents and the floors are cracked and uneven.

**INFIRMARY** – Inspection Report By: Mauck, RN
The area has exposed wiring. Windows are not in good repair or clean. Vents are not clean and intact. The area is not free of insects/rodents as the outer openings are not protected. The bars and security doors are not clean. Hospital bed cranks are not in good condition.

**SAFETY & SANITATION REPORT NRC**



IDOC000917

2 of 2



**Illinois**
Department of
**Corrections**

**Bruce Rauner**
Governor

**Donald Stolworthy**
Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

# MEMORANDUM

**DATE:**    April 15, 2015

**TO:**    **Nicholas R. Lamb**
**A/W of Operations**

**FROM:**    Ester Martin, Director of Nursing

**SUBJECT: SAFETY & SANITATION REPORT**

This report is for the month of **April, 2015.**

**B HOUSE** – Inspection Report By: MacQueen, CN II
There are no exit lights at the back door and the fixtures are not shielded and clean in cell 413. The floors are not in good repair, the windows/ledges are not clean, the windows/screens are not in good repair, and the vents are not clean on the inside. Cell 203 has a broken toilet/sink and there is no soap in the dispensers or paper towels available. Waste cans are not available in adequate number, in good repair or lined/covered. The area is not free of insects, rodents, birds or other animals. In general the cell house does not have a proper temperature. Cell bars, security doors and shower areas are not clean. Mattresses are not in good condition.

**C HOUSE** – Inspection Report By: Dybas, RN
Windows and screens are not in good repair. The windows, ledges and vents are not clean and intact. In the restrooms the toilets, sinks and fixtures are not clean and in good repair. There is no hot water, soap in the dispensers or paper towels available. The waste cans are not lined or covered. The area is not free of insects/rodents due to outer openings not being protected. The shower areas are not clean and free of scum.

IDOC000938

PAGE 29 - 1 of 2

**D HOUSE – Inspection Report By: Wilking, RN**
The exit lights are not working and the fixtures are not clean. Floors are uneven, the windows/ledges are not clean, and the restroom fixtures are not clean. The area is not free of insects, rodents and at times birds or other animals. The shower areas are not clean or free of scum.

**E HOUSE – Inspection Report By: Page,LPN**
There is not adequate providing, the exit lights are not working and the light fixtures are not shielded and clean. The windows, ledges and vents are not clean. The area is not free of insects/rodents since the outer openings are not protected. In general the bars and security doors are not clean. The mattresses are not in good condition along with the shower areas not being clean or free of scum.

**F HOUSE – Inspection Report By: Matakiewicz, RN**
Toilets/sinks are not in good repair as they need repairs daily. The area is not free of insects, rodents and at times birds. There is no soap in the dispensers in the CMT office.

**G, H, I HOUSE, MSU KITCHEN, MSU FARM – Units Closed.**

**X HOUSE – Inspection Report By: Kim, RN**
Compliant, per report.

**OFFICER'S DINING ROOM – Inspection Report by: Raheem, RN**
Compliant, per report.

**INMATE KITCHEN – Inspection Report By: Dimailig, RN**
Depending on the weather there is sometimes not enough ventilation. The area is not free of insects and rodents as the outer openings are not protected.

**INFIRMARY – Inspection Report By: Angeloff, LPN**
Some cell floors are dirty and some shower floor tiles are loose. Window ledges in some room are dirty and the vents are not always clean. Some waste cans are broken and the area is not free of insects/rodents. The temperature in the nurses' station is very hot while some patient rooms it is very cold and some of the mattresses are not in good condition.

**SAFETY & SANITATION REPORT NRC**

IDOC INMATE
LEGAL MAIL



U.S. POSTAGE >> PITNEY BOWES

ZIP 60403 $ 007.20
02 1W
0001394077 JUN 15 2017

FROM: Montez Artis B84281
P.O. Box 112
Joliet Illinois 60434

INSPECTED
U.S. M.

TO: United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

RECEIVED

JUN 19 2017



THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:17-cv-4613
Judge John Z. Lee
Magistrate Judge Daniel G. Martin
PC8

06/19/2017-2

FROM: Montez Artis B84281
P.O. Box 112
Joliet, Illinois 60434

TO: UNITED STATES
DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

2 of 2